■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL WALKER, Also Known as ALVOYD DOBY, Appellant. [638 NYS2d 913]

The trial court properly denied defendant's request for a missing witness charge, defendant having failed to establish prima facie that the witness was knowledgeable about a pending material issue (*see, People v Gonzalez*, 68 NY2d 424, 427-428). Defendant's remaining contentions are unpreserved and without merit. Concur—Ellerin, J. P., Rubin, Ross, Williams and Tom, JJ.